**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| **M&M RENTAL PROPERTY LLC,** | ) | |
| **individually, and on behalf of all others** | ) | |
| **similarly situated,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:23-cv-05011-MDH** |
| | ) | |
| **STATE FARM FIRE AND CASUALTY** | ) | |
| **COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER OF DISMISSAL

The Court, having reviewed the Stipulation of Dismissal with Prejudice as to the claims of Plaintiff M&M Rental Property LLC against Defendant State Farm Fire and Casualty Company, filed by the parties, and being fully advised in the premises, hereby orders the claims of Plaintiff against Defendant be dismissed with prejudice, with the parties to bear their own fees, costs, and expenses. The case is hereby dismissed with prejudice.

**IT IS SO ORDERED**.

DATED: August 4, 2025

  _/s/ Douglas Harpool_____
**DOUGLAS HARPOOL
UNITED STATES DISTRICT JUDGE**